FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Contreras, Daniel<br><br>Defendant. | Case No.: SA CR 06-124(A)-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD  CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrnd, cmty ties unknown due to failure to interview; bail resources unknown; nature of allegations, which evidence a lack of___

1. amenability to supervision

2.

3. and/or

4. B.  (X) The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7. finding is based on _Commission of new offenses while_
8. _under supervision; Indication def may have been_
9. _selling drugs; Continuing gang affiliation; Criminal_
10. _history record_

13. IT THEREFORE IS ORDERED that the defendant be detained pending further
14. revocation proceedings.

16. DATED: 9/13/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE